# United States Court of Appeals for the Fifth Circuit

_____

No. 25-40638
Summary Calendar
_____

United States Court of Appeals
Fifth Circuit

**FILED**

April 14, 2026

Lyle W. Cayce
Clerk

Ethel D. Cheatam,

*Plaintiff—Appellant*,

*versus*

Family Dollar Store,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:24-CV-449

_____

Before Jones, Duncan, and Douglas, *Circuit Judges*.

Per Curiam:[*]

Ethel D. Cheatam, proceeding pro se, appeals the district court's dismissal of her civil action for lack of subject matter jurisdiction. Despite Cheatam's assertions to the contrary, the district court did not err in dismissing her case for lack of subject matter jurisdiction. *See* 28 U.S.C.

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-40638

§§ 1331, 1332; *Borden v. Allstate Ins. Co.*, 589 F.3d 168, 172 (5th Cir. 2009); *Fed. Recovery Servs., Inc. v. United States*, 72 F.3d 447, 453 (5th Cir. 1995).

AFFIRMED.